**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**PROGRESSIVE HEALTH &**
**REHAB CORP.,**

                **Plaintiff,**

    **v.**                              **Civil Action 2:21-cv-705**
                                     **Judge Sarah D. Morrison**
                                   **Magistrate Judge Kimberly A. Jolson**

**DASCO HME, LLC.,**

                **Defendant.**

## **DEFICIENCY ORDER**

On April 20, 2021, Ian D. Mitchell filed a Notice of Substitution of Counsel, entering his appearance as substitute trial counsel for Defendant Dasco HME, LLC. (Doc. 14). Under the Local Rules "[t]he current trial attorney may withdraw either from the case or from the designation as trial attorney by filing a notice that is signed by (1) the current, withdrawing trial attorney; (2) the client; and (3) a new, substituting trial attorney." S.D. Ohio Civ. R. 83.4(c)(3). Counsel's Notice was not signed by either the current, withdrawing trial attorney, Laura L. Mills, or by Defendant. (*See* Doc.14). Therefore, the Notice does not comply with this Rule and is invalid. Counsel is **ORDERED** to refile a notice or motion that complies with S.D. Ohio Civ. R. 83.4(c)(3), within **seven (7) days** of the date of this Order.

IT IS SO ORDERED.

Date: April 22, 2021                          /s/ Kimberly A. Jolson
                                           KIMBERLY A. JOLSON
                                           UNITED STATES MAGISTRATE JUDGE