# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## COLUMBUS DIVISION

| | | |
|---|---|---|
| **PROGRESSIVE HEALTH AND REHAB CORP.,** | : : : | |
| Plaintiff, | : : | Case No. 2:21-cv-00705 |
| v. | : : : | Judge Sarah D. Morrison |
| **DASCO HME, INC.,** | : : : | Magistrate Judge Kimberly A. Jolson |
| Defendant. | : | |

## NOTICE OF SETTLEMENT

Plaintiff, PROGRESSIVE HEALTH AND REHAB CORP., by and through its undersigned counsel, hereby notifies the Court that the Parties have reached a resolution of this matter and expect to file a dismissal within the next 45 days.

Respectfully submitted,

PROGRESSIVE HEALTH AND REHAB CORP., individually and as the representative of a class of similarly-situated persons

By: /s/ *Matthew E. Stubbs*
Matthew E. Stubbs – Ohio Bar #0066722
MONTGOMERY JONSON LLP
600 Vine Street, Suite 2650
Cincinnati, OH  45202
Telephone:  513-241-4722 / Fax:  513-786-9227
mstubbs@mojolaw.com

Ryan M. Kelly (*pro hac vice admitted*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847-368-1500 / Fax:  847-368-1501
rkelly@andersonwanca.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                      */s/Matthew E. Stubbs*
                                      Matthew E. Stubbs