# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

| | |
|---|---|
| **PROGRESSIVE HEALTH AND REHAB CORP.,** : : : | |
| : | Case No. 2:21-cv-00705 |
| Plaintiff, : | |
| : | Judge Sarah D. Morrison |
| v. : | |
| : | Magistrate Judge Kimberly A. Jolson |
| **DASCO HME, INC.,** : | |
| : | |
| Defendant. : | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff in this action, Progressive Health and Rehab Corp., and Defendant, Dasco HME, Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims, without prejudice as to class allegations, each side to bear its own costs.

**Plaintiff, PROGRESSIVE HEALTH AND REHAB CORP.:**

By: /s/ Matthew E. Stubbs
Matthew E. Stubbs – Ohio Bar #0066722
MONTGOMERY JONSON LLP
600 Vine Street, Suite 2650
Cincinnati, OH  45202
Telephone: 513-241-4722
Email: mstubbs@mojolaw.com

Ryan M. Kelly (*admitted pro hac vice*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, Illinois  60008
Email: rkelly@andersonwanca.com

**Defendant, DASCO HME, INC.:**

/s/ Joseph D. Kern
David M. Schultz (*pro hac vice*)
John P. Ryan (*pro hac vice*)
Joseph D. Kern (*pro hac vice*)
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL  60606
Tele: 312-704-3464
jkern@hinshawlaw.com

Ian D. Mitchell – Bar #0090643
Reminger Co., L.P.A.
525 Vine Street, Suite 1500
Cincinnati, OH 45202
Tele: 513-721-1311
imitchell@reminger.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                /s/ Matthew E. Stubbs